IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| CHASE EQUIPMENT FINANCE, INC, f/k/a Chase Equipment Leasing Incorporated, | ) ) ) | Case No. 2:11-CV-00250-REJ |
| Plaintiff, | ) ) | |
| v. | ) ) | OPINION AND ORDER |
| CH FLYERS LLC; ET AL., | ) ) ) | |
| Defendants. | ) | |

Stephen J. Anthony
BUCKLEY KING LPA - Phoenix, AZ
2020 N. Central Avenue, Suite 1120
Phoenix, AZ 85004

   Attorney for Plaintiff

Cynthia C. Albracht-Crogan
Laura H. Kennedy
COHEN KENNEDY DOWD & QUIGLEY PC
Camelback Esplanade I
2425 E. Camelback Road, Suite 1100
Phoenix, AZ 85016

Jennifer J. Axel
Mark W. Roth
POLSINELLI SHUGHART PC
1 E. Washington Street, Suite 1200
Phoenix, AZ 85004

    Attorneys for Defendants

JONES, Judge:

    This matter is before the court upon the motion of defendants JMGCC Family Limited Partnership, John Cooper and Mary Cooper to substitute parties, dismiss claims and realign the parties. The court being fully apprised of the premises herein finds this motion to be well taken under Rule 25(C) of the Federal Rules of Civil Procedure and that the claims of the remaining parties will be preserved if the motion is granted. It is therefore ordered:

    1.    In Count One of the complaint, JMGCC Family Limited Partnership ("JMGCC") is substituted for plaintiff Chase Equipment Finance, Inc., f/k/a Chase Equipment Leasing, Inc. ("Chase").

    2.    Count Two of the complaint against John Cooper is dismissed in its entirety.

    3.    Count Three of the complaint against Mary Cooper is dismissed in its entirety.

    4.    In Count Four of the complaint JMGCC is substituted for plaintiff Chase.

    5.    In Count Five of the complaint JMGCC is substituted for plaintiff Chase.

    6.    Count Six of the complaint against JMGCC is dismissed in its entirety.

    7.    The cross-claims of John Cooper, Mary Cooper and JMGCC against Bing Hu and Wenchin Shi are designated as direct claims of newly designated and substituted plaintiff

JMGCC and as plaintiff's claims by Mary Cooper and John Cooper against defendants Bing Hu and Wenchin Shi.

8. The cross-claim of Bing Hu an Wenchin Shi against John Cooper and Mary Cooper are designated as counterclaims by Bing Hu and Wenchin Shi against John and Mary Cooper.

9. Effective as of the date of this order, Chase shall not be deemed a party to this case.

10. Plaintiff shall submit an amended complaint reflecting the above realignment within twenty (20) days.

DATED this 12th day of September, 2011.

                                                  ROBERT E. JONES
                                                U.S. District Judge